IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JYOTSNA P. PATEL, )
)
    Plaintiff, )
)
v. ) CASE NO. CV423-189
)
ALEJANDRO MAYORKAS, Secretary )
of DHS, et al, )
)
    Defendants. )

### ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal. (Doc. 5.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a motion for voluntary dismissal before the opposing parties serves either an answer or a motion for summary judgment". Because Defendants have yet to file an answer or a motion for summary judgment in this case, Plaintiff's Motion (Doc. 5) is **GRANTED**. Accordingly, at Plaintiff's request, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of SEPT. 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA